# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2215

_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Appellee,　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　　　*　Appeal from the United States
　　　　　　　　　　　　　　　　　*　District Court for the
Ray T. Streetman, III, also known as　*　Western District of Missouri.
Trey Streetman, also known as Eryn　*
Scott Young, also known as Trey　　 *　　　[UNPUBLISHED]
Young,　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Appellant.　　　　　　 *

_____

Submitted:　May 20, 2005
Filed:　May 26, 2005

_____

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ray Streetman appeals the sentence the district court[1] imposed after he pleaded guilty to bank fraud, in violation of 18 U.S.C. § 1344. His counsel has moved to withdraw and filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988),

---

[1] The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

we agree with counsel that there are no nonfrivolous issues for appeal.  Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____